Kyra S. Lilien (California Bar # 253118)
Valeria Vera (California Bar # 366804)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

*Attorneys for Petitioner-Plaintiff*
J.C.F.N.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C.F.N.,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>Warden of the Central Valley Annex Detention Facility, in the Warden's official capacity, et al.;<br><br>Respondents-Defendants.. | Case No. 1:26-CV-06626-DC-SCR<br><br>**~~[PROPOSED]~~ ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO FILE ADDITIONAL BRIEFING ON THE MERITS OF PETITIONER'S HABEAS PETITION** |

Upon consideration of the Parties' joint stipulation, and finding good cause, IT IS HEREBY ORDERED that the deadline for the Parties to file additional briefing on the merits, or a stipulation as to how Petitioner's habeas petition should be resolved, 28 U.S.C. § 2241, is extended by thirty days, and the application is hereby due on November 17, 2026.

Dated: October 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE